FILED
CLERK, U.S. DISTRICT COURT

MAY 2 9 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN MANUEL TORRES,<br><br>Defendant. | Case No.  5:24-CR-00287-KK<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)] |

I.

On March 29, 2026, Defendant made his initial appearance for a petition for revocation of supervised release and warrant for arrest. Jennifer Uyeda, a Deputy Federal Public Defender, was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Julian Xu.

## II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.    ☒    Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations in the petition.

B.    ☒    Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations in the petition;

## III

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: March 29, 2026

_____
/s/
MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE

2